UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Regan Amato, et al.,                                            Case No. 3:25-cv-1821

          Plaintiffs,

   v.                                                                            ORDER

Fire Investigator Mark Montgomery, et al.,

          Defendants.

       On September 2, 2025, Plaintiffs Regan Amato and William J. Amato filed this civil action. (Doc. No. 1). They did not pay the filing fee. While Plaintiff Regan Amato filed an application to proceed *in forma pauperis*, (Doc. No. 2), Plaintiff William J. Amato did not.

       Pursuant to 28 U.S.C. § 1915, this Court may authorize the commencement of any action without prepayment of filing fees if the litigant submits an affidavit that includes a statement of all assets, income, and debt that demonstrates the person is unable to pay the filing fee. 28 U.S.C. § 1915(a)(1). Pauper status does not require absolute destitution. *Foster v. Cuyahoga Dep't of Health & Human Servs.*, 21 F. App'x 239, 240 (6th Cir. 2001). Instead, the Court must examine the affidavit and determine whether the litigant can pay the court costs without undue hardship. *Id.* It is within the Court's discretion to allow a litigant to proceed *in forma pauperis* ("IFP"). *Id.* Proceeding in forma pauperis is a privilege, and not a right. *Wilson v. Yaklich*, 148 F.3d 596, 603 (6th Cir. 1998).

       Here, Plaintiffs have not demonstrated an inability to pay the filing fee because they did not provide the Court with the requisite information showing neither could pay the court costs without undue hardship.

Within thirty (30) days of this Order, Plaintiffs shall either: (a) pay the full filing fee of $405; or (b) file an application to proceed IFP that has been completed by Plaintiff William J. Amato. I direct the Clerk to mail a blank copy of the application to Mr. Amato with this Order. Failure to comply with this Order may result in dismissal of this case without further notice.

Until this matter has been resolved, this case is stayed. No decision will be issued on any pending motion, and any and all deadlines currently in effect are stayed.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge